UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JESUS REYES-SEPULVEDA,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General,<br><br>Respondent. | No. 22-976<br><br>Agency No.<br>A078-048-807<br><br>ORDER |

The motion (Docket Entry No. 22) for administrative closure is denied. The alternate request for an extension of time to file the opening brief is granted.

The opening brief is due December 15, 2025. The answering brief is due February 13, 2026. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT